

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Webb on behalf of herself, all others similarly situated, and the general public<br><br>**Plaintiff,**<br>V.<br><br>Trader Joe's Company<br><br>**Defendant.** | Civil Action No. 19-cv-01587-CAB-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth , Defendant's motion for judgment on the pleadings is GRANTED and Plaintiff's complaint is DISMISSED with prejudice. It is SO ORDERED. Case Closed.

Date:   10/29/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Hazard
A. Hazard, Deputy